1046

No. 96–8426. PLATERO-UMANZOR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9131. SANCHEZ MELGAR, AKA RAMIREZ SANCHEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–482. BEHRENS *v.* LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 97–960. K. R., AN INFANT, BY HER PARENTS AND NEXT FRIENDS, ET AL. *v.* ANDERSON COMMUNITY SCHOOL CORP. C. A. 7th Cir. Certiorari denied.

No. 97–1040. BARNES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–1060. MITCHELL & NEELEY, INC. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–1064. MADDEN *v.* WEST, ACTING SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 97–1069. HAPGOOD *v.* CITY OF WARREN. C. A. 6th Cir. Certiorari denied.

No. 97–1072. VIRGINIA STATE CORPORATION COMMISSION ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–1078. GHIGLIERI, TEXAS BANKING COMMISSIONER *v.* SUN WORLD NATIONAL ASSN. ET AL.; and GHIGLIERI, TEXAS BANKING COMMISSIONER *v.* LUDWIG, COMPTROLLER OF THE CURRENCY, ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 117 F. 3d 309 (first judgment); 125 F. 3d 941 (second judgment).

No. 97–1220. SVAY ET AL. *v.* CITY OF ATLANTA ET AL. C. A. 11th Cir. Certiorari

No. 97–1222. PHINNEY *v.* FIRST AMERICAN NATIONAL BANK ET AL. C. A. 6th Cir. Certiorari denied.